U.S. Department of Justice
United States Attorney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

FILED IN CHAMBERS
JUL 27 2005
U.S. MAGISTRATE JUDGE
N.D. GEORGIA

DIVISION Rome
(USAO 2004R00306)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT

COUNTY NAME: Polk

DISTRICT COURT NO. 4 05 - CR - 057

MAGISTRATE CASE NO. _____

_X_ Indictment         ___ Information              ___ Magistrate's Complaint
DATE: July 27, 2005    DATE:                        DATE:

UNITED STATES OF AMERICA
vs.
*JOSH SMITH*

SUPERSEDING
_____
Prior Case No. & Date Filed

VIOLATION:

COUNTS CHARGED:                          TOTAL COUNTS:
(as to deft)                             (as to deft)
GREATER OFFENSE CHARGED:
_X_ Felony        ___ Misdemeanor

**DEFENDANT:**

IS NOT IN CUSTODY:

1. ___ Has not been arrested pending outcome of this proceeding.
       If not detained, give date any prior summons was served on above charges _____
2. ___ Fugitive.
3. ___ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
   Are there any outstanding warrants in this proceeding ___ Yes ___ No
   Date: _____                    Issued by: _____

IS IN CUSTODY:

4. ___ On this charge.
5. _X_ On another conviction.
6. Awaiting trial on other charges ___ Yes _X_ No
   ___ Federal      _X_ State
       If Yes, show name of institution _____
       Has detainer been filed ___ Yes          ___ No
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE JUDGE: _____ |
|---|---|
|  | A.U.S.A.: Kim S. Dammers |
|  | DEFT'S ATTY: _____ |
|  | DAVID E. NAHMIAS |
|  | UNITED STATES ATTORNEY |
| cc: Orig - Court file | BY: Kim S. Dammers |
|     Copy - U.S. ATTORNEY |     Assistant United States Attorney |
|     Copy - Defense Attorney | DATE: July 27, 2005 |